1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9

F. L. HEYWOOD,

     Plaintiff,

v.

CELL THERAPEUTICS, INC., *et al.*,

     Defendants.

)
)
)
)
)
)
)
)
)
)
)

CASE NO.  C05-0396RSM

ORDER GRANTING CONSOLIDATION
AND AMENDING CAPTION

10
11
12
13
14

     This case is one of eight filed in this District alleging securities fraud by defendants.  The related cases, found at C05-0415RSM, C05-0452RSM, C05-0457RSM, C05-0639RSM, C05-0649RSM, C05-0657RSM, and C05-0739RSM, have been transferred to the undersigned District Judge as related cases, and the parties have moved to consolidate.  (Dkts. #4, #8, #10, #13, #21, #24 and #28).  Defendants agree that these cases should be consolidated, and therefore, do not oppose plaintiffs' motions.  (Dkt. #38).  Having reviewed plaintiffs' motions, defendants' response, plaintiffs' replies, and the remainder of the record, the Court does hereby find and ORDER:

     (1)  Plaintiffs' Motions to Consolidate (Dkts. #4, #8, #10, #13, #21, #24 and #28) are GRANTED.  The cases at issue in these motions involve common questions of law and fact. Fed. R. Civ. P. 42(a); *Johnson v. Celotex Corp.*, 899 F.2d 1281, 1284 (2nd Cir. 1999).  However, this Order does not substitute as an Order certifying this action as a Class Action.  If the parties wish to certify a

ORDER OF CONSOLIDATION
PAGE - 1

1   class, they must do so by moving this Court appropriately.  Furthermore, any reference to a "class,"

2   "class period," or other class-related language shall be stricken until and unless a class is certified.

3       (2)  All future pleadings in C05-0415RSM, C05-0452RSM, C05-0457RSM, C05-0639RSM,

4   C05-0649RSM, C05-0657RSM, and C05-0739RSM shall now be filed under one consolidated case

5   number, C05-0396RSM, and shall be encaptioned *F.L. Heywood, et al., v. Cell Therpaeutics, et al.*.

6   The parties SHALL NOT designate this consolidated action as a "Class Action" until the Court grants

7   authorization to do so.  Moreover, the Court will not automatically consolidate future related cases

8   unless and until the parties involved in those cases move this Court to do so, or unless and until this

9   Court certifies a class.

10      (3)  The parties' current pending requests to appoint lead counsel and for preservation of

11  documents (Dkts. #3, #8, #10, #16, #20 and #28) shall be considered if and when the parties move this

12  Court to certify the class.  Any such requests currently pending shall be removed from this Court's

13  motion calendar until such time as the parties properly move to certify a class.

14      (4)  The parties shall submit a Consolidated Complaint in this action no later than 45 days from

15  the date of this Order.

16      (5)  The Clerk SHALL post a copy of this Order in the instant case, and in Case Nos. C05-

17  0415RSM, C05-0452RSM, C05-0457RSM, C05-0639RSM, C05-0649RSM, C05-0657RSM, and

18  C05-0739RSM, and shall send a copy to all counsel of record in those cases.

19

20      DATED this   2nd   day of June, 2005.

21

22                                  /s/ Ricardo S. Martinez
                                    RICARDO S. MARTINEZ
23                                  United States District Judge

24

25  ORDER OF CONSOLIDATION
    PAGE - 2
26